**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 97-6276**

———————————————

MARK AUBREY WILLIAMS,

                                        Plaintiff - Appellant,

     versus

STATE OF SOUTH CAROLINA JUSTICE COMMITTEE; AT-
TORNEY GENERAL OF THE STATE OF SOUTH CAROLINA,
T. TRAVIS MEDLOCK,

                                        Defendants - Appellees.

———————————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  David C. Norton, District Judge.
(CA-94-2500-3-18-BC)

———————————————

Submitted:  July 10, 1997          Decided:  July 23, 1997

———————————————

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Mark Aubrey Williams, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

———————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Williams v. State of South Carolina Justice Comm.</u>, No. CA-94-2500-3-18-BC (D.S.C. Feb. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>